[No. 14940-1-II. Division Two. August 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS JOHN STANFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00587-1, Leonard W. Kruse, J., entered April 8, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 14035-7-II. Division Two. August 31, 1992.]

THE CITY OF FIFE, ET AL, *Respondents*, v. JOSEPH O. HALL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-01300-0, Karen G. Seinfeld, J., entered June 8, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13941-3-II. Division Two. August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA ANN COX, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00048-9, Michael G. Spencer, J., entered May 10, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.